# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ruben Arnulfo Chavarin**<br>DOB:xx/xx/1989; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-01597M-** |
| Complaint for violation of Title 18 United States Code § 554 | |

FILED / RECEIVED / LODGED / COPY — FEB 1 4 2011 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 11, 2011, at or near Douglas, in the District of Arizona, **Ruben Arnulfo Chavarin** knowingly attempted to export from the United States any merchandise, article, or object: to wit, 8,700 rounds of Igman 7.62x39mm ammunition; contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 11, 2011, **Ruben Arnulfo Chavarin** entered the Douglas Port of Entry heading southbound to Mexico in a 2002 maroon Chevrolet Monte Carlo, registered to **Chavarin**, bearing Arizona license plate AEZ4047. A U.S. Customs and Border Protection Officer (CBPO) received a negative declaration from **Chavarin** that he possessed any currency, firearms, and ammunition. A supervisory CBP Officer received a second negative oral declaration for currency, firearms, and ammunition. **Chavarin** and his passenger were removed from the vehicle. Subsequently, CBP Officers searched the vehicle and discovered 558 boxes of Igman 7.62x39mm ammunition (8,370 rounds) hidden in the right and left rear quarter panels of the vehicle, and 22 boxes of Igman 7.62x39mm ammunition (330 rounds) hidden in the center console of the vehicle, for a total count of 8,700 rounds of ammunition. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents interviewed **Chavarin**, who admitted that he purchased the ammunition and knew that it was in his vehicle. **Chavarin** did not have a license or other authorization to export the ammunition from the United States to Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA Angela W. Woolridge<br>*/s/ Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>(official title) */s/*<br>OFFICIAL TITLE<br>**ATF Special Agent** |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 14, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5