1 | DENNIS K. BURKE
United States Attorney
2 | District of Arizona
ANGELA W. WOOLRIDGE
3 | Assistant United States Attorney
Evo A. Deconcini United States Courthouse
4 | 405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
5 | Telephone: 520-620-7300
angela.woolridge@usdoj.gov
6 | Attorneys for Plaintiff

FILED___LODGED

___RECEIVED___COPY

2011 MAR -9 P 5: 22

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# CR11 - 922 TUC

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF ARIZONA

| | |
|---|---|
| 9  United States of America, | ) **I N D I C T M E N T** |
| 10 | ) **Violations:** |
| 11          Plaintiff, | ) 18 USC §554(a) |
| 12 | ) 18 USC §922(a)(6) |
| v. | ) 18 USC §922(d)(5) |
| 13 | ) 18 USC §922(g)(5)(A) |
| | ) 18 USC §922(g)(5)(B) |
| 14  Ruben Arnulfo Chavarin, | ) 18 USC §924(a)(2) |
| Mariano Perez-Rodriguez, | ) 18 USC §924(d) |
| 15  Francisco Chavez, | ) 28 USC §2461(c) |
| 16 | ) **(Attempted Unlawful Export; False** |
|          Defendants. | ) **Statement in Connection with** |
| 17 | ) **Purchase of Firearm; Transfer of** |
| | ) **Ammunition to Prohibited Person;** |
| 18 | ) **Possession of Ammunition by Illegal** |
| | ) **Alien; Possession of Ammunition by** |
| 19 | ) **Non-Immigrant Alien; Forfeiture)** |

20 **THE GRAND JURY CHARGES:**

21                                    **COUNT 1**

22          On or about January 5, 2011, at or near Tucson, in the District of Arizona,

23 RUBEN ARNULFO CHAVARIN, in connection with the acquisition of a firearm, that is;

24 one Norinco/CSI, model NHM91, 7.62x39 mm caliber rifle, serial number 9205261; from

25 Tucson Guns and Western Artifacts, a licensed dealer of firearms within the meaning of

26 Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written

1  statement to Tucson Guns and Western Artifacts, which statement was intended to deceive

2  Tucson Guns and Western Artifacts, as to a fact material to the lawfulness of such sale of

3  the said firearm to RUBEN ARNULFO CHAVARIN under Chapter 44, Title 18, United

4  States Code, in that RUBEN ARNULFO CHAVARIN represented that he was the actual

5  transferee/buyer of the firearm and was not acquiring the firearm on behalf of another

6  person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

7  **COUNT 2**

8        On or about January 12, 2011, at or near Tucson, in the District of Arizona,

9  RUBEN ARNULFO CHAVARIN, in connection with the acquisition of a firearm, that is;

10  one Beretta, model 84FS Cheetah, .380 ACP caliber pistol, serial number H49522Y; from

11  Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter

12  44, Title 18, United States Code, did knowingly make a false and fictitious written

13  statement to Sportsman's Warehouse #132, which statement was intended to deceive

14  Sportsman's Warehouse #132, as to a fact material to the lawfulness of such sale of the said

15  firearm to RUBEN ARNULFO CHAVARIN under Chapter 44, Title 18, United States

16  Code, in that RUBEN ARNULFO CHAVARIN represented that he was the actual

17  transferee/buyer of the firearm and was not acquiring the firearm on behalf of another

18  person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

19  **COUNT 3**

20        On or about January 13, 2011, at or near Tucson, in the District of Arizona,

21  RUBEN ARNULFO CHAVARIN, in connection with the acquisition of firearms, that is;

22  two Beretta, model 92FS, 9 mm pistols, serial numbers J69620Z and J69367Z; from

23  Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter

24  44, Title 18, United States Code, did knowingly make a false and fictitious written

25

26  United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 2

1   statement to Sportsman's Warehouse #132, which statement was intended to deceive

2   Sportsman's Warehouse #132, as to a fact material to the lawfulness of such sale of the said

3   firearm to RUBEN ARNULFO CHAVARIN under Chapter 44, Title 18, United States

4   Code, in that RUBEN ARNULFO CHAVARIN represented that he was the actual

5   transferee/buyer of the firearm and was not acquiring the firearm on behalf of another

6   person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

7                                   **COUNT 4**

8            On or about January 13, 2011, at or near Tucson, in the District of Arizona,

9   RUBEN ARNULFO CHAVARIN, in connection with the acquisition of a firearm, that is;

10  one Beretta, model 90-TWO, .40 caliber S&W pistol, serial number TYO8778; from The

11  Armory on Pima, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

12  United States Code, did knowingly make a false and fictitious written statement to The

13  Armory on Pima, which statement was intended to deceive The Armory on Pima, as to a

14  fact material to the lawfulness of such sale of the said firearm to RUBEN ARNULFO

15  CHAVARIN under Chapter 44, Title 18, United States Code, in that RUBEN ARNULFO

16  CHAVARIN represented that he was the actual transferee/buyer of the firearm and was not

17  acquiring the firearm on behalf of another person; in violation of Title 18, United States

18  Code, Sections 922(a)(6) and 924(a)(2).

19                                  **COUNT 5**

20           On or about January 16, 2011, at or near Tucson, in the District of Arizona,

21  RUBEN ARNULFO CHAVARIN, in connection with the acquisition of firearms, that is;

22  three Beretta, model 92FS, 9 mm pistols, serial numbers BER 066609, BER 085398, and

23  BER 360489Z; from AAAA Sports, a licensed dealer of firearms within the meaning of

24  Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written

25

26  United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 3

1  statement to AAAA Sports, which statement was intended to deceive AAAA Sports, as to

2  a fact material to the lawfulness of such sale of the said firearm to RUBEN ARNULFO

3  CHAVARIN under Chapter 44, Title 18, United States Code, in that RUBEN ARNULFO

4  CHAVARIN represented that he was the actual transferee/buyer of the firearm and was not

5  acquiring the firearm on behalf of another person; in violation of Title 18, United States

6  Code, Sections 922(a)(6) and 924(a)(2).

7  **COUNT 6**

8         On or about February 11, 2011, at or near Tucson, in the District of Arizona,

9  RUBEN ARNULFO CHAVARIN knowingly transferred ammunition, that is, 12,525

10  rounds of Igman 7.62x39mm ammunition, to Mariano Perez-Rodriguez, knowing and

11  having reasonable cause to believe that Mariano Perez-Rodriguez was an alien who was

12  illegally and unlawfully present in the United States; in violation of Title 18, United States

13  Code, Sections 922(d)(5) and 924(a)(2).

14  **COUNT 7**

15         On or about February 11, 2011, at or near Tucson, in the District of Arizona,

16  MARIANO PEREZ-RODRIGUEZ, an alien who was illegally and unlawfully present in

17  the United States, did knowingly possess ammunition, that is; 12,525 rounds of Igman

18  7.62x39mm ammunition; said ammunition being in and affecting commerce in that it was

19  previously transported into the state of Arizona from another state or foreign country; in

20  violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

21  **COUNT 8**

22         On or about February 11, 2011, at or near Tucson, in the District of Arizona,

23  FRANCISCO CHAVEZ, an alien who was admitted to the United States under a non-

24  immigrant visa, did knowingly possess ammunition, that is; 12,525 rounds of Igman

25

26  United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 4

1  7.62x39mm ammunition; said ammunition being in and affecting commerce in that it was

2  previously transported into the state of Arizona from another state or foreign country; in

3  violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

4                                              **COUNT 9**

5             On or about February 11, 2011, at or near Tucson, in the District of Arizona,

6  RUBEN ARNULFO CHAVARIN, MARIANO PEREZ-RODRIGUEZ, and FRANCISCO

7  CHAVEZ, knowingly attempted to export and send from the United States any

8  merchandise, article, or object contrary to any law or regulation of the United States, and

9  received, concealed, bought, sold, and in any manner facilitated the transportation,

10 concealment, and sale of such merchandise, article or object, prior to exportation, knowing

11 the same to be intended for exportation contrary to any law or regulation of the United

12 States: to wit, RUBEN ARNULFO CHAVARIN bought, received, concealed, and

13 transported ammunition; MARIANO PEREZ-RODRIGUEZ and FRANCISCO CHAVEZ

14 received, concealed, and facilitated the transportation of ammunition; knowing the

15 ammunition: to wit, 8,700 rounds of Igman 7.62x39mm ammunition; to be intended for

16 unlawful exportation from the United States into the Republic of Mexico, and intending to

17 facilitate such unlawful exportation; in violation of Title 18, United States Code, Section

18 554(a).

19                                     **FORFEITURE ALLEGATION**

20            Upon conviction of one or more of the offenses alleged in Counts 1 through 11

21 of this Indictment, RUBEN ARNULFO CHAVARIN, MARIANO PEREZ-RODRIGUEZ,

22 and FRANCISCO CHAVEZ, shall forfeit to the United States, pursuant to Title 18, United

23 States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms

24 and ammunition involved in or used in violation of Title 18, United States Code, Section

25

26 United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 5

922, and Title 18, United States Code, Section 924(a)(2) including, but not limited to:

       1.     One Norinco/CSI, model NHM91, 7.62x39 mm caliber rifle, serial number 9205261;

       2.     One Beretta, model 84FS Cheetah, .380 ACP caliber pistol, serial number H49522Y;

       3.     Two Beretta, model 92FS, 9 mm pistols, serial numbers J69620Z and J69367Z;

       4.     One Beretta, model 90-TWO, .40 caliber S&W pistol, serial number TYO8778;

       5.     Three Beretta, model 92FS, 9 mm pistols, serial numbers BER 066609, BER 085398, and BER 360489Z; and

       6.     12,525 rounds of Igman 7.62x39mm ammunition.

If any of the property described above, as a result of any act or omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable

United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 6

1  property, including, but not limited to, all property, both real and personal, owned by the

2  defendants.

3

4      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

5  Code, Section 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

6                          A TRUE BILL

7

8                          P

9  DENNIS K. BURKE
   United States Attorney
10 District of Arizona

11  *Angelatilewap*
    Assistant U.S. Attorney

12                                              MAR 0 9 2011

13                          REDACTED FOR
                            PUBLIC DISCLOSURE
14

15

16

17

18

19

20

21

22

23

24

25

26  United States v. **Ruben Arnulfo Chavarin**, et al, Indictment page 7